UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:92cr3009LAC

ROGER CARRIERE

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on    MARCH 18, 2008
Motion/Pleadings:  MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by  DEFENDANT PRO SE      on 3/17/2008      Doc.# 218

RESPONSES:

_____   on _____  Doc.# _____
_____   on _____  Doc.# _____
_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                     Deputy Clerk: Mary Maloy

# ORDER

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) The defendant was held accountable for 6.2 kilograms of cocaine base resulting in a base offense level of 38. Therefore, he is not eligible for a reduction under this provision.*

s/L.A. Collier
***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.